# Third District Court of Appeal

## State of Florida

Opinion filed July 16, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1864
Lower Tribunal No. 02-CF-493-A-K
_____


**Julio Garcia,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Monroe County, Sharon I. Hamilton, Judge.

Julio Garcia, in proper person.

James Uthmeier, Attorney General, and Sandra Lipman, Senior Assistant Attorney General, for appellee.


Before LOGUE, LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed. See Wainwright v. State, 50 Fla. L. Weekly S108, S109 (Fla.

June 3, 2025), <u>cert. denied</u>, No. 24-7365, 2025 WL 1621505 (U.S. June 9, 2025); <u>Spikes v. State</u>, No. 3D25-0896, 2025 WL 1819468 (Fla. 3d DCA July 2, 2025); <u>Arias v. State</u>, No. 3D25-0297, 2025 WL 1699998 (Fla. 3d DCA June 18, 2025); <u>Del Sol v. State</u>, No. 3D25-0654, 2025 WL 1699974 (Fla. 3d DCA June 18, 2025); <u>Acosta v. State</u>, No. 3D24-2218, 2025 WL 1699892 (Fla. 3d DCA June 18, 2025).